IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WILCHER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE NUMBER |
| v. | : | 1:22-CV-00192-LAG |
| | : | |
| LIVE OAK FINANCIAL, INC. | : | |
| d/b/a CBV COLLECTIONS ALBANY, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 87.1 of the U.S. District Court for the Middle District of Georgia, Defendant Live Oak Financial, Inc., d/b/a CBV Collections Albany, certifies that it is a Georgia Domestic Corporation, that it has no parent or subsidiary corporations, and that no publically held company owns ten percent (10%) or more of the corporate stock of Defendant Live Oak Financial, Inc. d/b/a CBV Collections Albany.

Respectfully submitted this 30th day of January 2023.

GARDNER WILLIS PLAIRE & WILSON, LLP
Attorneys for Defendant

BY:   */s/ Smith N. Wilson*
SMITH N. WILSON
State Bar No. 265251

PREPARED BY:

*/s/ Smith N. Wilson*
Smith N. Wilson
Gardner Willis Plaire & Wilson, LLP
Post Office Drawer 71788
Albany, Georgia 31708-1788
(229) 883-2441
smith.wilson@gwpwlaw.com

## CERTIFICATE OF SERVICE

GEORGIA, DOUGHERTY COUNTY.

THIS WILL CERTIFY that I have this date served the following with a copy of the within and foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT via the Court's CM/ECF filing system and by depositing same in the United States Mail with sufficient postage affixed thereon to assure delivery and addressed to:

Matthew T. Berry<br>
Berry & Associates<br>
2751 Buford Highway, Suite 600<br>
Atlanta, GA 30324<br>
*Attorney for Plaintiff*

This 30th day of January 2023.

        GARDNER WILLIS PLAIRE & WILSON, LLP
        Attorneys for Defendant

        BY:  /s/ *Smith N. Wilson*
            SMITH N. WILSON
            State Bar No. 265251